*Wm. C. Whitney* for the appellants.

*H. M. Whitehead* for the respondents.

Agree to affirm on opinion of DANIELS, J., in court below.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. WILLIAM MEYER, Appellants, *v.* THOMAS
B. ASTEN et al., Assessors, etc., Respondents.

(Submitted February 8, 1876; decided February 22, 1876.)

*James A. Deering* for the appellants.

*Wm. C. Whitney* for the respondents.

Agree to affirm on opinion of DANIELS, J., in court below.
All concur.
Order affirmed.

---

HENRY ARMSTRONG, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 8, 1876; decided February 15, 1876.)

*A. P. Laning* for the appellant.

*John H. White* for the respondent.

Agree to affirm. No opinion.
All concur; CHURCH, Ch. J., and ALLEN, J., not sitting.
Judgment affirmed.